**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| TIMMY BEZZARD, )<br>   Plaintiff, )<br>) <br>v. )<br>)<br>MICHAEL J. ASTRUE, Commissioner, )<br>Social Security Administration )<br>   Defendant. )<br>) | **Case No.** 2**:11-CV-00132 JTK** |

## FINAL JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is REVERSED and Plaintiff's case is REMANDED FOR FURTHER PROCEEDINGS.

SO ADJUDGED this 29th day of August, 2012.

_____
United States Magistrate Judge